## FAJARDO SUGAR GROWERS ASSO-CIATION, Plaintiff-Appellant,

v.

## UNITED STATES of America, Defendant-Appellee.

### No. 177, Docket 25221.

United States Court of Appeals
Second Circuit.

Argued March 4, 1959.

Decided April 2, 1959.

Irving Jay Greenspan, New York, N. Y. (Simone N. Gazan and Isidor Enselman, New York City, on the brief), for plaintiff-appellant.

Renee J. Ginsberg, Asst. U. S. Atty. for Southern District of New York, New York City (Arthur H. Christy, U. S. Atty., S. D. N. Y., New York City, on the brief), for defendant-appellee.

Before MEDINA and HINCKS, Circuit Judges, and MATHES, District Judge.*

PER CURIAM.

Construing the order below as one directing a dismissal for lack of jurisdic-

\* United States District Judge for the Southern District of California, sitting by designation.

tion, we affirm. 161 F.Supp. 912. United States v. Chicago Golf Club, 7 Cir., 84 F.2d 914, 106 A.L.R. 209. See Pacific Mills v. Nichols, 1 Cir., 72 F.2d 103.

Affirmed.

## LIBERTY MUTUAL INSURANCE COM-PANY, Plaintiff-Respondent,

v.

## STANDARD ACCIDENT INSURANCE COMPANY, Defendant-Appellant.

### No. 213, Docket 25412.

United States Court of Appeals
Second Circuit.

Argued March 5, 1959.

Decided April 2, 1959.

Philip Hoffer, New York City (George T. Nicholson, New York, N. Y., on the brief), for defendant-appellant.

John Nielsen, New York City (John P. Smith, New York City, on the brief), for plaintiff-respondent.

Before MEDINA and HINCKS, Circuit Judges, and MATHES, District Judge.*

PER CURIAM.

Affirmed on the opinion below, D.C. 164 F.Supp. 261.

\* United States District Judge for the Southern District of California sitting by designation.